AO 241
(Rev. 12/04)



# Petition for Relief From a Conviction or Sentence By a Person in State Custody

(Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)

CA 07 330 ML

## Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $ _____, you must pay the filing fee.

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed the form, send the original and two copies to the Clerk of the United States District Court at this address:

   Clerk, United States District Court for Rhode Island
   Address One Exchange Terrace
   City, State Zip Code Providence, RI 02903

9. **CAUTION: You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

10. **CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.**

# PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District Rhode Island |
|---|---|
| Name (under which you were convicted): Gerald M Brown Jr | Docket or Case No.: |
| Place of Confinement: RI Adult Correctional Institution | Prisoner No.: 71461 |
| Petitioner (include the name under which you were convicted) Gerald M Brown Jr | v. Respondent (authorized person having custody of petitioner) A.T.Wall |
| The Attorney General of the State of Rhode Island | |

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: Providence Superior Court, Prov, RI

   (b) Criminal docket or case number (if you know): P1/89-1649A

2. (a) Date of the judgment of conviction (if you know): 11 January 1991

   (b) Date of sentencing:

3. Length of sentence: Count #1,30 years, #2 30 yrs #3 5yrs

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☑ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: Count #1 1st degree Child Molestation, #2 1st degree Child Molestation #3 2nd degree Sexual Assault

6. (a) What was your plea? (Check one)

   (1) Not guilty ☑ (3) Nolo contendere (no contest) ☐

   (2) Guilty ☐ (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

Jury ☑ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

Yes ☑ No ☐

8. Did you appeal from the judgment of conviction?

Yes ☑ No ☐

9. If you did appeal, answer the following:

(a) Name of court: RI Supreme Court

(b) Docket or case number (if you know): 91-533-CA

(c) Result: Affirmed Conviction

(d) Date of result (if you know): 22 June 1993

(e) Citation to the case (if you know): 626 A2d 228

(f) Grounds raised: #1 Admission of Evidence beyond the Bill of Particulars #2 Trial Justice denial of Defendants motion for judgment of acquittal on the second-degree Sexual Assault charge. #3 Trial Justice Refusal to allow Defendant's rebuttal Testimony

(g) Did you seek further review by a higher state court? Yes ☐ No ☑

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know):

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court? Yes ☐ No ☑

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result: ______

(3) Date of result (if you know): ______

(4) Citation to the case (if you know): ______

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Providence Superior Court

(2) Docket or case number (if you know): PM 94-0585

(3) Date of filing (if you know): 2-2-94

(4) Nature of the proceeding: Post Conviction Relief application

(5) Grounds raised: Ineffective Assistance of Counsel on Pretrial Issues

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☑ No ☐

(7) Result: Denied after Bifurcation

(8) Date of result (if you know): August 1996

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Providence Superior Court

(2) Docket or case number (if you know): PM 00-2027

(3) Date of filing (if you know): 20 April 2000

(4) Nature of the proceeding: Post Conviction Relief Application

(5) Grounds raised: #1 Newly Discovered Medical Evidence #2 Evidence not previously presented. #3 Prosecutorial Misconduct #4 Ineffectiveness of Counsel of Trial, Appellant and both previously assigned Post Conviction Attorney's #5 Denial of Mandatory Parole, Liberty Interest #6 Illegal Conviction beyond statuted Limitation, Illegal Indictment.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☑

(7) Result: Summerily Dismissed

(8) Date of result (if you know): 21 July 2004

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? Yes ☐ No ☐

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition: Yes ☑ No ☐

(2) Second petition: Yes ☑ No ☐

(3) Third petition: Yes ☑ No ☐ — PROBLEM HERE

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

#3 Appealed in July 2004 but still cannot get a 12 A date.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

GROUND ONE: That Petitioner is being held unlawfully as Sentence is Constitutionally ended.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): As RI Law cites Mandatory Parole at one third (1/3) of sentence Petitioner has been unlawfully imprisoned since Nov 16,2000 and cannot get an appeal of 2nd Post Conviction since notice of Appeal from 29 July 2004 inordinate delay.

(b) If you did not exhaust your state remedies on Ground One, explain why: Petitioner still as of todays date cannot get an appeal in State Court and claims that he has exhausted his State Remedy because of this FACT.

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑ No ☐

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: ______

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☑ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Post Conviction Application

Name and location of the court where the motion or petition was filed: Providence Superior Court Prov, RI 02903

Docket or case number (if you know): PM 00-2027

Date of the court's decision: 21 July 2004

Result (attach a copy of the court's opinion or order, if available): denied

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☑

(4) Did you appeal from the denial of your motion or petition?

Yes ☑ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: R.I. Supreme Court 250 Benefit St, Prov, RI 02903

Docket or case number (if you know):

Date of the court's decision: None

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

**GROUND TWO:** Prejudicial and bias aspects if State Attorney General tries to Reconstruct missing file.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): As Courts (both Supreme and Superior) contend that reason for undue delay to Petitioners Appeal at second Post Conviction Relief denial is mysteriously missing file any Bias attempt by State,

Attorney General becomes fully and completely prejudicial to Petitioner especially after the inordinate delay in case actions.

(b) If you did not exhaust your state remedies on Ground Two, explain why: Issue can not be exhausted due to its non actionality in State Court and its Constitutionality.

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ☑

(2) If you did not raise this issue in your direct appeal, explain why: Status Supreme Court is in direct conflict by its actions of inordinate delay.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes ❑ No ☑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ______

Name and location of the court where the motion or petition was filed: ______

Docket or case number (if you know): ______

Date of the court's decision: ______

Result (attach a copy of the court's opinion or order, if available): ______

(3) Did you receive a hearing on your motion or petition?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑ No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❑ No ❑

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______

Docket or case number (if you know): ____________________

Date of the court's decision: ____________________

Result (attach a copy of the court's opinion or order, if available): ____________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ____________________

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: ____________________

GROUND THREE: ____________________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ____________________

(b) If you did not exhaust your state remedies on Ground Three, explain why: ____________________

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: ____________________

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ☐ No ☐

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ______________________________

Name and location of the court where the motion or petition was filed: ______________________________

______________________________

Docket or case number (if you know): ______________________________

Date of the court's decision: ______________________________

Result (attach a copy of the court's opinion or order, if available): ______________________________

______________________________

______________________________

(3) Did you receive a hearing on your motion or petition?

Yes ☐ No ☐

(4) Did you appeal from the denial of your motion or petition?

Yes ☐ No ☐

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________________________

______________________________

Docket or case number (if you know): ______________________________

Date of the court's decision: ______________________________

Result (attach a copy of the court's opinion or order, if available): ______________________________

______________________________

______________________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______________________________

______________________________

______________________________

______________________________

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: ______________________________

______________________________

______________________________

GROUND FOUR: ______________________________________________

______________________________________________

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(b) If you did not exhaust your state remedies on Ground Four, explain why: ______________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑ No ❑

(2) If you did not raise this issue in your direct appeal, explain why: ______________

______________________________________________

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes ❑ No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: ______________________________________________

Name and location of the court where the motion or petition was filed: ______________

______________________________________________

Docket or case number (if you know): ______________________________________________

Date of the court's decision: ______________________________________________

Result (attach a copy of the court's opinion or order, if available): ______________

______________________________________________

______________________________________________

(3) Did you receive a hearing on your motion or petition?

Yes ❑ No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑ No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☐

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ______________________

Docket or case number (if you know): ______________________

Date of the court's decision: ______________________

Result (attach a copy of the court's opinion or order, if available): ______________________

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ______________________

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: ______________________

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes ☐ No ☑

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: Ground #2 can not be presented as actionable in State Court

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ______________________

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? Yes ☑ No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

04-CV-362s

CA-04-2540

CA-07-203T

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☑ No ☐

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. R.I. Supreme Court 250 Benefit St. Providence, RI 02903 CA. 2004-252A Appeal of Post Conviction Relief Denial (appeal stalled no case file available missing since Nov. 04) no distinct Issues Formally Presented.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: John Baily, RI Public Defender 160 Pine St Prov, RI 02903

(b) At arraignment and plea: Anthony Capraro, RI Public Defender

(c) At trial: Same as (b)

(d) At sentencing: Joel Landry (deceased)

(e) On appeal: Cathrine Gibson, RI Public Defender

(f) In any post-conviction proceeding: Joseph Smith, assigned by Court address unknown

(g) On appeal from any ruling against you in a post-conviction proceeding: Mark Smith 176 Eddie Dowling Highway, suite 202 North Smithfield,RI 02896

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ______________________________

(b) Give the date the other sentence was imposed: ______________________________

(c) Give the length of the other sentence: ______________________________

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes ❑ No ❑

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* Because issue of parole can not be pressed within one (1) year of final appeal as this part of issue brought forward to the Federal Court.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Therefore, petitioner asks that the Court grant the following relief: He be released immediately from unlawfully custody.

or any other relief to which petitioner may be entitled.

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 26 Aug 2007 (month, date, year).

Executed (signed) on 26 Aug 2007 (date).

[signature]
Signature of Petitioner

*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. ______________________________

______________________________

______________________________

IN FORMA PAUPERIS DECLARATION

______________________________

[Insert appropriate court]

* * * * *

$5.00 (five) Dollar fee will follow seperatly

**CERTIFICATION**

Petitioner, Gerald M. Brown Jr., does hereby certify that one true copy of this § 2254 and its exhibits were sent to Mr. A. T. Wall by interdepartmental mail at 40 Howard Avenue in Cranston, R.I. 02920 on this the 26 day of Aug. 2007.

Gerald M. Brown Jr, pro-se