EXHIBIT # 2

Mr. Tutalo
Clerk Pro-Tempro
Rhode Island Supreme Court
250 Benefit St.
Prov., RI 02903

7/15/2007

Dear Mr. Tutalo,

Enclosed you will find the Report and Recommendation of Magistrate David Martin that Remands my action back to the R.I. Court System. I ask you sir to please stop the miscarrage of justice done to me and assign a 12 A date for the Appeal of judge Procaccini's Decision of PM00/2027 now.

I await word from you on this Request and ask that you answer me in writing before 8-15-07.

Respectfull,

Gerald M. Brown Jr. Pro-Se
#71461, FL-39, P.O. Box 8274
Cranston, RI 02920
CA.NO.

c/file
RI. AG.
original