EXHIBIT # 3

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Supreme Court
Frank Licht Judicial Complex
Providence, R.I. 02903

July 26, 2007

Gerald M. Brown, Jr.
P.O. Box 8274
Cranston, RI 02920

Dear Mr. Brown:

The following is in response to your recent letter regarding your appeal.

First of all, the Supreme Court clerk's office has not issued a Rule 12A notice because the Superior Court file has not yet been transferred to this Court, the reason apparently being that the file cannot be located. The Superior Court clerk's office has been asked to make another effort to locate the file.

Further, a representative of the Attorney General's office has indicated that his office would promptly take steps to reconstruct the missing file so that the appeal can proceed. Hopefully this process will be completed in the near future.

Very truly yours,

Ronald A. Tutalo
Administrative Assistant to the Chief Justice

RAT:gaa