EXHIBIT # 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GERALD M. BROWN, JR.,
Petitioner

vs. C.A. No. 06-07T

ASHBELL T. WALL,
Respondent

**ORDER DENYING PETITION FOR REMOVAL AND GRANTING MOTION TO REMAND**

Gerald M. Brown Jr.'s petition for removal is hereby DENIED and the Defendants' motion to remand is hereby GRANTED. Accordingly, Petitioner's application to proceed in forma pauperis in this Court is DENIED AS MOOT. See Magistrate Judge's Report and Recommendation dated July 12, 2007.

By Order:

Deputy Clerk

ENTER:

Senior U.S. District Judge
Ernest C. Torres
date: 8/7/07