UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GERALD M. BROWN, JR.

vs. CA 07-330ML

A.T. WALL

ORDER

The Attorney General is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2254 for Writ of Habeas Corpus by a person in state custody." Said response will be filed on or before **October 5, 2007.**

SO ORDERED

Mary M. Lisi
Chief United States District Judge
September 6 ,2007

Entered as an Order of this Court on September 7 , 2007.

Barbara Barletta
Deputy Clerk