UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GERALD M. BROWN, JR.

v. CA 07-330 ML

A.T. WALL, Director of the
Rhode Island Department of
Corrections

MEMORANDUM AND ORDER

This matter is before the Court on the objection filed by Petitioner to a Report and Recommendation issued by Magistrate Judge Martin on February 5, 2008. Magistrate Judge Martin recommends that the Respondent's Motion to Dismiss be granted on both procedural and substantive grounds. This Court has reviewed the Report and Recommendation and Petitioner's memorandum in support of his objection. Finding no merit in Petitioner's contentions, this Court adopts the Report and Recommendation in its entirety. The petition for habeas corpus is DENIED and DISMISSED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
February 25, 2008