# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**GERALD M. BROWN, JR.,**
**Petitioner,**

**v.** **C.A. No. 07-330ML**

**A.T. WALL, Director of the**
**Rhode Island Department**
**of Corrections,**
**Respondent.**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for defendant A.T. WALL, against plaintiff GERALD M. BROWN, JR., pursuant to this Court's Memorandum and Order dated February 25, 2008, accepting the Report and Recommendation dated February 5, 2008, and GRANTING defendant's Motion to Dismiss. The petition for habeas corpus is DENIED and DISMISSED.**

Enter: [signature]
Deputy Clerk

DATED: **February 26, 2008**