United States District Court
for the District of Rhode Island

Gerald M. Brown Jr.

V. CA. 07-330 ML

A. T. Wall

## Notice of Appeal

Appellant, Gerald M. Brown Jr., does hereby appeal the decision of judge Lisi to accept the Report and Recommendation of Magistrate Martin and dismiss Appellants §2254. And asks this court to issue a certificate of Appealability to the Appellant, for the reasons stated in his memorandum to follow.

3/08/08

Respectfully Submitted,

Gerald M. Brown Jr. #71461
Seg. 8T, P.O. Box 8274
Cranston, RI 02920

13 A 8:53

United States District Court
for the district of Rhode Island

Gerald M. Brown Jr

v. CA. NO. 07-330ML

A. T. Wall

Morandum In Support
of notice of Appeal and for
Certificate of Appealability

Appellant, Gerald M. Brown Jr does appeal and ask for Certificate of Appealability from the U.S. District, Court District of Rhode Island under Fed. Rules of Appellate Procedures, Rule 22.1 and first circuit Local Rule 22.1

Discussion before the Court

As this issue is of first impression in not only the District Court of R.I. but, of first impression in the first circuit, it should not be taken lightly, nor in light most favorable to the Laws of Rhode Island, as it is violations of Due Process and Equal Rights covered under the 5th 6th and 14th amendments of the U.S. Constitution. It also involves a Vested Liberty Interest, and a Statutory Construction of R.I. General Laws, to the U.S. Constitutional Construction which has been dealt with in other Circuits in opposition to magistrate Martin's R&R

Appellant stresses that the Language of Koch in U.S. Constitutional Construction, the Language is plain and unambigous, that, when one uses the words "shall" and "may" in the same statute "shall" is mandatory and "may" is optional. Appellant has stressed that this blantant statement by the Court is not what has been done in the R.I. Law's interpretation by the Lower court in R.I. and that the Appellant is unable to press his case before the R.I. Higher Court, as his file, as with others files, have come up missing? When a member of the R.I. Judiciary, a Court Clerk has been charged with destroying R.I. Criminal Court files. Why?

Appellant has tried unsuccessfully for over 4 years, going on 5 years, to pursue his rights guaranteed by the U.S. Constitution and its Laws to no avail, in the R.I. Court system and is now being delayed even further as the power struggle between Supreme and Superior Courts in the State play the blame game with the Appellants Liberity!

Appellant would have this Court of the First Circuit Court to finally lay this matter to rest by the U.S. Constitution and its Laws and federal rights of the Appellant, not the descriminate Laws of R.I. and there backward usages.

The delay in this case is prejudicial in and of its self and cannot be denied by this Court. Justice Delayed is Justice Denied and the amount of delay in this case is unsurmountable, no matter who's to blame in the R.I. Judicial System.

Wherefore, in the aforementioned memorandum the Appellant should be granted a certificate of Appealability to pursue Justice in the First Circuit Court of Appeals at this time.

Respectfully Submitted,

3/08/08

[signature]

Gerald M. Brown Jr., Pro/se
#71416, Seg. 8T, P.O. Box 8274
Cranston, RI 02920

Certification

I, Gerald M. Brown Jr., do hereby certify that one true copy of this motion and memorandum were sent by first class U.S. mail to: The Office of the R.I. Attorney General at 150 South Main St. Prov. RI 02903 on this the 8th day of March 2008.

[signature]

Gerald M. Brown Jr. Pro Se