UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GERALD M. BROWN, JR.

v. CA 07-330ML

A.T. WALL, Director of the
Rhode Island Department of
Corrections

## ORDER

Petitioner has filed a "Notice of Appeal" which this Court will treat as a Motion for Certificate of Appealability. The motion is denied because petitioner has failed to show that the issues he seeks to raise before the court of appeals are debatable among reasonable jurists.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
March 25, 2008