UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

March 26, 2008

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**
Attn: Ms. Donna Barchard

RE: CA 07-330ML CCA# **08-1341**
**Gerald M. Brown, Jr. v. A.T. Wall**

Dear Clerk of Court:

Enclosed herewith you will find a SUPPLEMENT to the RECORD ON APPEAL and a certified copy of the docket in the above matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

BY:__________________________
*John Duhamel*
Deputy Clerk

**encl.: Order denying Motion for Certificate of Appealability; certified docket.**