# United States Court of Appeals
## For the First Circuit

---

No. 08-1341
D.C. No. 07-00330

GERALD M. BROWN, JR.

Petitioner - Appellant

v.

A.T. WALL, Director of Rhode Island Department of Corrections

Respondent - Appellee

---

**ORDER OF COURT**

Entered: April 17, 2008
Pursuant to 1st Cir. R. 27.0(d)

Treating appellant's financial affidavit, with attached prison trust account statement, as a motion to proceed on appeal in forma pauperis ("IFP"), we transmit said request to the district court for action in the first instance pursuant to Fed. R. App. P. 24(a)(1). Copies of the district court's ruling shall be forwarded to this court. The district court, if it denies the motion, is requested to state its reasons in writing. Fed. R. App. P. 24(a)(2). If appellant is not granted IFP status by the district court, he may file a motion to proceed IFP in this court, provided that he do so in accordance with Fed. R. App. P. 24(a)(5).

By the Court:
/s/ Richard Cushing Donovan, Clerk

cc:
Honorable Mary M. Lisi
David A. DiMarzio, Clerk.
Gerald M. Brown
Christopher Robinson Bush