UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

GERALD M. BROWN, JR.

v. CA 07-330 ML

A.T. WALL

ORDER

This matter is before the Court on Petitioner's Motion to proceed on appeal *in forma pauperis*. Petitioner's Motion is hereby GRANTED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
April 24, 2008