MANDATE

07-330
USDC/R.I.
Lisi, M.

# United States Court of Appeals
## For the First Circuit

No. 08-1341

GERALD M. BROWN, JR.,

Petitioner, Appellant,

v.

A.T. WALL, DIRECTOR OF RHODE ISLAND
DEPARTMENT OF CORRECTIONS,

Respondent, Appellee.

Before

Lynch, Chief Judge,
Torruella and Boudin, Circuit Judges.

**JUDGMENT**
**Entered: August 5, 2008**

We have carefully reviewed the record in this case. We affirm the denial of the request for a certificate of appealability, essentially for the reasons given by the magistrate judge in his report and recommendation, dated February 5, 2008.

The request for a certificate of appealability is denied and the appeal is terminated.

By the Court:

/s/ Richard Cushing Donovan, Clerk.

cc:
Gerald M. Brown
Christopher Robinson Bush

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 9/5/08